STATE OF FLORIDA, ex rel. KENT CORPORATION, a corporation of Florida v. CITY OF FORT LAUDERDALE, a municipal corporation of Florida, et al.

37 So. (2nd) 253        June Term, 1948
October 22, 1948        Division B

*Thomas O. Berryhill,* for appellant.

*Ross & Williams* and *English, Lester & O'Bryan,* for appellees.

PER CURIAM:

This judgment is affirmed upon authority of State of Florida, ex rel., Kent Corporation, a corporation of Florida v. Board of County Commissioners of Broward County, a body corporate, et al., this day filed.

THOMAS, C. J., ADAMS, BARNS and HOBSON, JJ., concur.